UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ABEL SABORIT, JR.,                              :

                                                      :       <u>ORDER</u>
                Plaintiff,                       19 Civ. 4686 (LJL) (GWG)
                                                        :

    -v.-

                                                          :

HARLEM HOSPITAL CENTER AUXILIARY,
INC., et al.,
                                                          :

                Defendants.                    :
-------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      The discovery deadline is extended to August 31, 2020, solely to address the matters discussed at the conference held today.  Any motion for summary judgment is returnable before Judge Liman, shall comply with his Individual Practices, and shall be filed by September 21, 2020.


      SO ORDERED.

Dated:  July 29, 2020
       New York, New York

                                                      _____
                                                      GABRIEL W. GORENSTEIN
                                                      United States Magistrate Judge