```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/29/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
ABEL SABORIT, JR.,                                                :
                                                                  :
                         Plaintiff,                               :
                                                                  :     19-cv-4686 (LJL)
        -v-                                                       :
                                                                  :     ORDER
HARLEM HOSPITAL CENTER AUXILIARY, INC., et                        :
al.,                                                              :
                                                                  :
                         Defendants.                              :
                                                                  :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

   As discussed at the conference on October 23, 2020, it is hereby ORDERED that Defendants' motion for summary shall be filed by November 30, 2020, Plaintiff's opposition by December 30, 2020, and Defendants' reply by January 11, 2021. The joint pretrial order shall be filed by March 31, 2021. The parties have consented to a bench trial in this action, which is scheduled to begin on April 12, 2021. *See* Dkt. No. 65.

   SO ORDERED.

Dated: October 29, 2020                          _____
       New York, New York                               LEWIS J. LIMAN
                                                   United States District Judge