USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/21/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
ABEL SABORIT, JR., :
:
Plaintiff, :
: 19-cv-4686 (LJL)
-v- :
: ORDER
:
HARLEM HOSPITAL CENTER AUXILIARY INC., et :
al, :
:
Defendants. :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

A bench trial is scheduled to begin in this case on June 1, 2021. Plaintiff seeks to provide the trial testimony of Katherine Saborit-Rodriguez by remote video link rather than in person. *See* Dkt. No. 92.

Upon consent and pursuant to Rule 43(a) of the Federal Rules of Civil Procedure, the Court finds good cause in Ms. Saborit-Rodriguez's compelling circumstances to permit her remote testimony and that appropriate safeguards exist. In addition to having two young children, Ms. Saborit-Rodriguez is the primary caretaker for her elderly mother, who suffers from advanced dementia. Having to travel from Florida to New York for the upcoming trial would be burdensome on both Ms. Saborit-Rodriguez and her family. Significantly, Defendants consent to this request. The request to provide Ms. Saborit-Rodriguez's trial testimony by remote means is GRANTED.

SO ORDERED.

Dated: May 21, 2021
New York, New York                              _____
                                                LEWIS J. LIMAN
                                                United States District Judge