USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/1/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ABEL SABORIT, JR.,

                      Plaintiff,

-against-                                  19 **CIVIL** 4686 (LJL)

## JUDGMENT

HARLEM HOSPITAL CENTER AUXILIARY, INC., NEW YORK CITY HEALTH AND HOSPITALS CORPORATION, and KEESHA NEDD,

                      Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Findings of Fact and Conclusions of Law dated July 1, 2021, the Court finds that Defendants are not liable on Plaintiff's claims for violations of the ADA, NYSHRL, and NYCHRL. Judgment is entered in favor of Defendants and against Plaintiff; accordingly, this case is closed.

**Dated:** New York, New York

       July 1, 2021

                                                        **RUBY J. KRAJICK**

                                                         **Clerk of Court**

                           **BY:**

                                                        **Deputy Clerk**